

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA  29201-2431
(803) 765-5816  FAX (803) 765-5960
www.scd.uscourts.gov

ROBIN L. BLUME
CLERK OF COURT

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC  29402
(843)579-1401 FAX 579-1402

300 East Washington, Rm. 239
GREENVILLE, SC  29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC  29503
(843) 676-3820 FAX 676-3831

# Conference Call - Columbia Division

DATE:   February 18, 2022

TIME:   9:30AM EST

HOSTED BY:   The Honorable Judge Childs

SUBJECT:   Blackbaud Inc, Customer Data Security Breach Litigation MDL 2972

Follow these instructions to participate in AT&T's Reservationless Conferencing Service. AT&T's automated service provides recorded instructions to assist you in this process.

| STEP | ACTION |
|---|---|
| 1 | Dial (888) 363-4749 to reach AT&T's conferencing service. |
| 2 | Enter the Access Code shown below followed by the pound sign (#):<br><br>ACCESS CODE: <u>1949446</u>  (#) |
| 3 | Enter the following security code followed by the pound sign (#):<br><br>SECURITY CODE: <u>021822</u>  (#) |
| 4 | After you hear 2 tones (a low tone followed by a high tone), you will be connected to the conference call. Announce your presence by stating your name.<br><br>For example:  "This is John Doe." |

You should now be connected to the conference call.  If you experience any problems, please contact the conference host at (803) 253-3477.

Page 1 of  1