IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972 |

## JOINT STATUS REPORT

Consistent with the Court's direction during the conference held on April 10, 2025, the Parties submit this Joint Status Report to apprise the Court of the status of their efforts to finalize the settlement agreements and other necessary documents.

Since the Parties notified the Court of the Parties' agreement in principle to settle this matter, the Parties have spent significant time drafting, exchanging, and discussing the Master and separate Individual Settlement Agreements required by this settlement. The Parties have exchanged numerous drafts of the settlement agreements and have reached agreement on all substantive elements. The only remaining work to be performed is the clarification of certain language contained in the settlement agreements and securing all necessary approvals of the finalized settlement agreements.

Given the schedules of counsel (including several who have been or are soon to be out of the country), and the number of approvals necessary to finalize the settlement agreements, the Parties respectfully request additional time to finalize the agreements. The Parties request that they have until June 30, 2025, to file a joint status report with the Court informing the Court of the

-1-

Parties' agreement as to a final set of the settlement agreements. Should the settlement agreements be finalized before June 30, 2025, the Parties will file a joint status report so informing the Court.

In addition, the Parties wish to advise the Court that they anticipate using a Qualified Settlement Fund ("QSF") pursuant to Treasury Regulation § 1.468B-1 to handle the distribution of the settlement proceeds in this matter, subject to Court approval and order establishing the fund. To that end, the Parties anticipate submitting a consent order for the Court's consideration.

Also, during the conference on April 10, 205, the Parties advised the Court that Plaintiffs' counsel had been unable to contact Plaintiff, Heidi Atwood. Contact has still not been made with Plaintiff Atwood and a motion to dismiss her claims for lack of prosecution will be filed once the settlement documents are executed by all Parties. At this time, Plaintiffs' counsel is not aware of any other similarly situated Plaintiffs. Plaintiff Kathryn Mortensen filed a stipulation of dismissal on May 7, 2025.

The Parties respectively request that they be given until June 30, 2025, to provide the Court with a further joint status report.

Dated: June 10, 2025                         Respectfully submitted,

/s/ *Harper T. Segui*
Harper T. Segui (Fed ID No. 10841)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
825 Lowcountry Blvd., Suite 101
Tel: (919) 600-5000
Fax: (919) 600-5035
hsegui@milberg.com

**MOTLEY RICE LLC**
Marlon E. Kimpson
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843)216-9000
Fax: (843)216-9027
mkimpson@motleyrice.com

**DiCELLO LEVITT GUTZLER LLC**
Amy E. Keller
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
Tel: (312) 214-7900
akeller@dicellolevitt.com

**SUSMAN GODFREY LLP**
Krysta K. Pachman
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com

*Co-Lead Counsel for Plaintiffs*


/s/ Ronald I. Raether, Jr.
Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Tele: (949) 622-2722
Fax: (949) 622-2239
ron.raether@troutman.com

Ashley L. Taylor, Jr.
David N. Anthony
Timothy J. St. George
H. Scott Kelly
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Suite 1500
Richmond, VA 23219
Tele: (804) 697-1478
Fax: (804) 697-1339
ashley.taylor@troutman.com
david.anthony@troutman.com
timothy.st.george@troutman.com
scott.kelly@troutman.com

Angelo A. Stio, III
**TROUTMAN PEPPER LOCKE LLP**
301 Carnegie Center

Suite 400
Princeton, NJ 08543
Tele: (609) 951-4125
Fax: (609) 452-1147
angelo.stio@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
Tele: (404) 885-3830
Fax: (404) 885-3900
cindy.hanson@troutman.com

Joshua D. Davey
**TROUTMAN PEPPER LOCKE LLP**
301 South College Street
Suite 3400
Charlotte, NC 28202
Tele: (704) 916-1503
Fax: (704) 998-4051
amy.williams@trouman.com
joshua.davey@troutman.com

Tambry L. Bradford
**TROUTMAN PEPPER LOCKE LLP**
350 S Grand Avenue
Suite 3400
Los Angeles, CA 90071
Tele: (213) 928-9805
Fax: (213) 928-9850
tambry.bradford@troutman.com

Celeste T. Jones (Fed. ID # 2225)
**BURR & FORMAN LLP**
1221 Main Street, Suite 1800
Columbia, SC 29201
Tele: (803) 799-9800
Fax: (803) 753-3278
CTJones@burr.com

J. Rutledge Young, III
**DUFFY AND YOUNG LLC**
96 Broad Street
Charleston, SC 29401

Tele: (843) 720-2044
Fax: (843) 720-2047
ryoung@duffyandyoung.com

***Attorneys for Defendant Blackbaud, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, the foregoing was filed using the Court's CM/ECF service, which will send notification of such filing to all counsel of record.

/s/ *Harper T. Segui*
Harper T. Segui