**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| **IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972 |

## JOINT STATUS REPORT

As ordered by the Court on August 7, 2025, the Parties submit this Joint Status Report to apprise the Court of the status of their efforts to secure the execution of the settlement agreements.

Since the Parties submitted their Joint Status Report on June 30, 2025, the Master Agreement was fully executed on July 17, 2025. Under the terms of the Master Agreement, Plaintiffs' deadline to provide Blackbaud with Individual Agreements signed by all Plaintiffs and their respective counsel is October 15, 2025. To date, Blackbaud has received a total of thirty-four (34) out of thirty-six (36) Individual Agreements fully executed by individual Plaintiffs and their respective counsel. Plaintiffs' counsel expects to be able to provide the two remaining Individual Agreements, along with wiring instructions and the W-9 for the QSF, to Blackbaud well in advance of the relevant deadline.

As previewed in the Parties' June 10 and June 30 Joint Status Reports, Plaintiffs' counsel has confirmed their inability to contact Plaintiff Atwood despite repeated efforts, including as recently as August 7, 2025. Accordingly, Blackbaud will be filing a motion to dismiss her claims for lack of prosecution following its receipt of all signed Individual Agreements.

Dated: August 15, 2025

Respectfully submitted,

/s/ *Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
**BURR & FORMAN LLP**
1221 Main Street, Suite 1800
Columbia, SC 29201
Tele: (803) 799-9800
Fax: (803) 753-3278
CTJones@burr.com

Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Tele: (949) 622-2722
Fax: (949) 622-2239
ron.raether@troutman.com

Ashley L. Taylor, Jr.
David N. Anthony
Timothy J. St. George
H. Scott Kelly
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Suite 1500
Richmond, VA 23219
Tele: (804) 697-1478
Fax: (804) 697-1339
ashley.taylor@troutman.com
david.anthony@troutman.com
timothy.st.george@troutman.com
scott.kelly@troutman.com

Angelo A. Stio, III
Melissa A. Chuderewicz
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center
Suite 203
Princeton, NJ 08540
Tele: (609) 951-4125
Fax: (609) 452-1147
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
Tele: (404) 885-3830
Fax: (404) 885-3900
cindy.hanson@troutman.com

Joshua D. Davey
**TROUTMAN PEPPER LOCKE LLP**
301 South College Street
Suite 3400
Charlotte, NC 28202
Tele: (704) 916-1503
Fax: (704) 998-4051
joshua.davey@troutman.com

Tambry L. Bradford
**TROUTMAN PEPPER LOCKE LLP**
350 S Grand Avenue
Suite 3400
Los Angeles, CA 90071
Tele: (213) 928-9805
Fax: (213) 928-9850
tambry.bradford@troutman.com

J. Rutledge Young, III
**DUFFY AND YOUNG LLC**
96 Broad Street
Charleston, SC 29401
Tele: (843) 720-2044
Fax: (843) 720-2047
ryoung@duffyandyoung.com

*Attorneys for Defendant Blackbaud, Inc.*

/s/ *Harper T. Segui*
Harper T. Segui
**LEE SEGUI, PLLC**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
Tel: (843) 790-6520
hsegui@leesegui.com

**MOTLEY RICE LLC**
Marlon E. Kimpson (SC Bar No. 17042)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9027
mkimpson@motleyrice.com

**DiCELLO LEVITT GUTZLER LLC**
Amy E. Keller
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
Tel: (312) 214-7900
akeller@dicellolevitt.com

**SUSMAN GODFREY LLP**
Krysta K. Pachman
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mailto:
*Co-Lead Counsel for Plaintiffs*